JAMES ANDREW HINDS, JR. (SBN 71222)
jhinds@jhindslaw.com
PAUL R. SHANKMAN (SBN 113608)
pshankman@jhindslaw.com
BRIAN YERETZIAN (SBN: 278519)
byeretzian@jhindslaw.com
HINDS & SHANKMAN, LLP
Attorneys and Counselors
21515 Hawthorne Blvd., Suite 1150
Torrance, California 90503
Telephone: (310) 316-0500
Facsimile: (310) 792-5977

Attorneys for Plaintiff, AC 6, LLC,
a Delaware limited liability company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

AC 6, LLC, a Delaware limited liability company,

Plaintiff,

vs.

HARBOR MARINA PARTNERS, LLC, an Idaho limited liability company; BRIAN J. CEREGHINO, individually; BRIAN J. CEREGHINO AND ELIZABETH A. CEREGHINO LIVING TRUST DATED AUGUST 20, 2002; EDWARD J. DURKIN, an individual; MARIA MIRENBURG, an individual; PATRICK M. CRASE, an individual; and THEODORA WILNER, an individual,

Defendants.

Case No. 3:14-cv-00683-NC

**STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE AS HOLDING DATES ONLY HEARINGS ON CASE MANAGEMENT CONFERENCE AND ATTACHMENT MOTION, IN LIGHT OF SETTLEMENT OF ACTION REACHED AT MEDIATION**

Plaintiff AC 6, LLC ("Plaintiff") and Defendants HARBOR MARINA PARTNERS, LLC, BRIAN J. CEREGHINO, BRIAN J. CEREGHINO AND ELIZABETH A. CEREGHINO LIVING TRUST DATED AUGUST 20, 2002, EDWARD J. DURKIN, MARIA

MIRENBURG, and PATRICK M. CRASE (together, "Defendants" and with Plaintiff, the "Parties") by and through their undersigned counsel, and by any Defendant who currently may be appearing *in pro per*, hereby stipulate and agree as follows:

**RECITALS**

(1) Plaintiff filed its complaint on February 13, 2014. See Court Docket Item No. 1. Plaintiff filed its Application for Right to Attach Order and for Issuance of Writs of Attachment on March 25, 2014 (hereinafter referred to as the "Attachment Motion"). See Court Docket Item No. 25.

(2) The Parties filed a Stipulation to: (1) Mediate Dispute; (2) Set Date for All Defendants to Respond to Complaint; (3) Agree to Service of Application for Right to Attach Order and Issuance of Writs of Attachment on Brian J. Cereghino and The Brian J. and Elizabeth A. Cereghino Living Trust; (4) Continue All Dates and Deadlines in the Initial Case Management Scheduling Order; and (5) Continue Hearing Date on Case Management Conference and Attachment Motion on March 26, 2014 (hereinafter referred to as the "First Global Stipulation." See Court Docket Item No. 26.

(3) The Court entered an Order Granting the First Global Stipulation and reset the deadlines originally issued by the Court on April 7, 2014. See Court Docket Item No. 27.

(4) The Parties engaged in a successful mediation proceeding on April 25, 2014 at which time the matter was successfully settled by way of signed settlement agreement.

/ / /

/ / /

/ / /

/ / /

(5) The Parties seek additional continuances of the Case Management Conference and the hearing on the Attachment Motion as holding dates only, in order to fully document the settlement by way of a more formal, detailed settlement agreement, and proceed with a dismissal of the complaint with prejudice.

## STIPULATION

Based on the above Recitals, which are incorporated herein by this reference as if set forth in full, the Parties have agreed as follows:

(1) No Defendant is required to file and serve a response to Plaintiff's Complaint for: 1) Breach of Contract (Loan Agreement and Note); 2) Breach of Guaranty Agreement; 3) Common Counts (hereinafter the "Complaint");

(2) The Parties are no longer required to meet and confer re: initial disclosures, early settlement, ADR process, and discovery plan by May 23, 2014;

(3) The Parties are no longer required to file an ADR Certification and either a Stipulation to ADR Process or Notice of Need for ADR Phone Conference by May 23, 2014;

(4) The Parties are no longer required to file a Rule 26(f) Report, complete initial disclosures, or state objection in Rule 26(f) Report, and file a Case Management Statement by May 23, 2014;

(5) The Case Management Conference, currently scheduled for June 4, 2014 at 1:00 p.m., shall be rescheduled approximately 60 days to a later date set by the Court, as a holding date only;

(6) No party is required to file any response to Plaintiff's Attachment Motion; and

/ / /

(7) A hearing on Plaintiff's Attachment Motion currently scheduled for June 4, 2014 at 1:00 p.m., shall be rescheduled approximately 60 days to a later date set by the Court, as a holding date only.

IT IS SO STIPULATED AND AGREED.

DATED: May 12 2014

HINDS & SHANKMAN, LLP

By: [signature]
James Andrew Hinds, Jr.
Paul R. Shankman
Brian Yeretzian

Attorneys for Plaintiff
AC 6, LLC

DATED: May 2, 2014

GCA LAW PARTNERS LLP

By: [signature]
Sallie Kim
Robert W. Luckinbill

Attorneys for Defendants
HARBOR MARINA PARTNERS, LLC, BRIAN J. CEREGHINO, BRIAN J. CEREGHINO AND ELIZABETH CEREGHINO LIVING TRUST DATED AUGUST 30, 2002

[SIGNATURES CONTINUE ON NEXT PAGE]

[SIGNATURES CONTINUED FROM PREVIOUS PAGE]

DATED: May __, 2014

ADLESON HESS & KELLY, A.P.C.

By:______________________________
Patric Kelly

Attorneys for Defendant
EDWARD DURKIN

DATED: May 06, 2014

MARIA MIRENBURG, *in pro per*

By: [signature]
Maria Mirenburg

DATED: May __, 2014

PATRICK M. CRASE, *in pro per*

By:______________________________
Patrick M. Crase

[SIGNATURES CONTINUED FROM PREVIOUS PAGE]

DATED: May __, 2014

ADLESON HESS & KELLY, A.P.C.

By:______________________________
Patric Kelly

Attorneys for Defendant
EDWARD DURKIN

DATED: May __, 2014

MARIA MIRENBURG, *in pro per*

By:______________________________
Maria Mirenburg

DATED: May 5, 2014

PATRICK M. CRASE, *in pro per*

By: Patrick Crase
Patrick M. Crase

[SIGNATURES CONTINUED FROM PREVIOUS PAGE]

DATED: May 8, 2014

ADLESON HESS & KELLY, A.P.C.

By:________________________
Patric Kelly

Attorneys for Defendant
EDWARD DURKIN

DATED: May __, 2014

MARIA MIRENBURG, *in pro per*

By:________________________
Maria Mirenburg

DATED: May __, 2014

PATRICK M. CRASE, *in pro per*

By:________________________
Patrick M. Crase

## DECLARATION OF BRIAN YERETZIAN

I, Brian Yeretzian, declare as follows:

1. I am an attorney duly licensed to practice law before all of the courts of the State of California and the United States District Courts for the Northern, Central, and Southern Districts of California. I am counsel for Plaintiff in the AC 6, LLC v. Harbor Marina Partners, LLC *et al.* proceeding, Civil Case No.: 3:14-cv-00683-NC. I have personal knowledge in the matters set forth herein and if called and sworn as a witness I could and would testify competently thereto. I make this declaration in compliance with Civil L.R. 6-2(a)(1)-(3).

2. Plaintiff filed its complaint for breach of contract, breach of guaranty, and common counts (hereinafter referred to as the "Complaint") against Defendants on February 13, 2014. See Court Docket Item No. 1.

3. On March 25, 2014, Plaintiff filed an Application for Right to Attach Order and for Issuance of Writs of Attachment (hereinafter referred to as the "Attachment Motion"). See Court Docket Item No. 25.

4. In order to mediate the dispute, the Parties filed a Stipulation to: (1) Mediate Dispute; (2) Set Date for All Defendants to Respond to Complaint; (3) Agree to Service of Application for Right to Attach Order and Issuance of Writs of Attachment on Brian J. Cereghino and The Brian J. and Elizabeth A. Cereghino Living Trust; (4) Continue All Dates and Deadlines in the Initial Case Management Scheduling Order; and (5) Continue Hearing Date on Case Management Conference and Attachment Motion on March 26, 2014 (hereinafter referred to as the "First Global Stipulation." See Court Docket Item No. 26.

5. The Court entered an Order Granting the First Global Stipulation and reset the deadlines originally issued by the Court on April 7, 2014. See Court Docket Item No. 27. A true and correct copy of the Order Granting the First Global Stipulation is attached hereto as Exhibit "1" and is incorporated herein by this reference as if set forth in full.

6. The Parties engaged in a successful mediation proceeding on April 25, 2014 at which time the matter was successfully settled by way of a signed settlement agreement. Plaintiff and Defendants are currently in the process of further documenting the settlement that was reached on April 25, 2014 in a fomal, detailed settlement agreement. Once the settlement is fully documented and executed, the Parties anticipate that this dispute will be dismissed with prejudice. For this reason, Plaintiff and Defendants desire that the deadlines relating to: (1) filing and service of an answer to the Complaint by the Defendants; (2) filing and service of an objection to the Attachment Motion by certain Defendants; (3) various meet-and-confer deadlines; (4) filing of Rule 26(f) reports; and (5) filing of a Case Management Statement, be abolished. Additionally, Plaintiff and Defendants request the Court continue the hearing on Plaintiff's Attachment Motion and Case Management Conference, both currently set for June 4, 2014 at 1:00 p.m., approximately 60 days as holding dates only.

7. There has been one previous time modification related to this topic in this case. The Parties filed the First Global Stipulation on March 26, 2014 in order to engage in a mediation of the dispute. The dispute has now been successfully mediated and settled.

8. The requested time modifications would have a positive effect on the case, as the parties will be finalizing documentation of the mediation proceeding, which will allow the entire complaint to be dismissed with prejudice as to all parties.

I declare under penalty of perjury and the laws the United States of America that the foregoing is true and correct.

Executed this 12th day of May 2014 at Torrance, California.

Brian Yeretzian

**ORDER**

Good cause appearing therefor,

IT IS SO ORDERED.

The Case Management Conference currently scheduled for June 4, 2014 at 1:00 p.m. is rescheduled to August 6, 2014 at 1:00 p.m. as a holding date only.

Plaintiff's Attachment Motion, filed on March 25, 2014 and set for hearing on June 4, 2014 at 1:00 p.m. is rescheduled to August 6, 2014 at 1:00 p.m. as a holding date only.

No Defendant is required to file and serve a response to Plaintiff's Complaint.

The Parties are no longer required to meet and confer re: initial disclosures, early settlement, ADR process, and discovery plan.

The Parties are no longer required to file an ADR Certification and either a Stipulation to ADR Process or Notice of Need for ADR Phone Conference.

The Parties are no longer required to file a Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report, and file a Case Management.

No party is required to file any response to Plaintiff's Attachment Motion.

Dated: May 14, 2014 By:______________________

M... S. DISTRICT
CO... RICT OF
CA...

UNITED STATES DISTRICT COURT
GRANTED
Judge Nathanael M. Cousins
NORTHERN DISTRICT OF CALIFORNIA

JAMES ANDREW HINDS, JR. (SBN 71222)
jhinds@jhindslaw.com
PAUL R. SHANKMAN (SBN 113608)
pshankman@jhindslaw.com
BRIAN YERETZIAN (SBN: 278519)
byeretzian@jihindslaw.com
HINDS & SHANKMAN, LLP
Attorneys and Counselors
21515 Hawthorne Blvd., Suite 1150
Torrance, California 90503
Telephone: (310) 316-0500
Facsimile: (310) 792-5977

Attorneys for Plaintiff, AC 6, LLC,
a Delaware limited liability company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AC 6, LLC, a Delaware limited liability company,<br>Plaintiff<br><br>v.<br><br>HARBOR MARINA PARTNERS, LLC, an Idaho limited liability company; BRIAN J. CEREGHINO, individually; BRIAN J. CEREGHINO and ELIZABETH A. CEREGHINO as Trustees of THE BRIAN AND ELIZABETH CEREGHINO LIVING TRUST DATED AUGUST 30, 2002; EDWARD J. DURKIN, an individual; MARIA MIRENBURG, an individual; PATRICK M. CRASE, an individual; and THEODORA WILNER, an individual<br><br>Defendants. | CASE NO.: 3:14-cv-00683-NC<br><br>**CERTIFICATE OF SERVICE** |

I, Michelle Patino-Patroni, declare:

///

///

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 21515 Hawthorne Blvd., Suite 1150, Torrance, California 90503. On March 31, 2014, I served the following document described as:

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE AS HOLDING DATES ONLY HEARINGS ON CASE MANAGEMENT CONFERENCE AND ATTACHMENT MOTION, IN LIGHT OF SETTLEMENT OF ACTION REACHED AT MEDIATION**

on all other parties to this action by placing a true copy of the above document enclosed in a sealed envelope addressed as follows:

**Via U.S. MAIL to the addresses as follows:**

Defendant Harbor Marina Partners, LLC

Harbor Marina Partners, LLC
P.O. Box 2411, Fair Oaks, CA 95628

Brian Cereghino
Registered Agent
Harbor Marina Partners, LLC
1835 Garfield Bay Rd., Sagle, ID 83860

Brian Cereghino
Registered Agent
Harbor Marina Partners, LLC
24 Blue Haven Ct., Danville, CA 94506-6239

Sallie Kim, Esq.
Partner
GCA Law Partners, LLP
2570 W. El Camino Real, Suite 510
Mountain View, California 94040
Attorney for Defendant Harbor Marina Partners, LLC

Defendant Edwin Durkin

Edwin Durkin
1616 Cunningham Wy., Santa Rosa, CA 95403-2343

Patric Kelly, Esq.
Senior Shareholder
Adelson Hess & Kelly, APC
577 Salmar Ave, Campbell, CA 95008
Attorney for Defendant Edwin Durkin

Defendant Maria Mirenburg

Maria Mirenburg
1500 Warrensville Center Rd., Apt. 310, Cleveland, OH 44121-2677

Eric Kennedy, Esq.
Managing Partner
Weisman Kennedy & Berris Co., L.P.A.
1600 Midland Building
101 Prospect Avenue West
Cleveland, OH 44115

Defendant Patrick Crase

Patrick Crase
30720 Thumper Dr., Shingletown, CA 96088-9603

Jerrald Pickering II, Esq.
Partner
Pickering Law Corporation
1915 Placer Street
Redding, CA 96001

Defendant Brian Cereghino

Brian Cereghino
24 Blue Haven Ct., Danville, CA 94506-6239

Sallie Kim, Esq.
Partner
GCA Law Partners, LLP
2570 W. El Camino Real, Suite 510
Mountain View, California 94040
Attorney for Defendant Brian Cereghino

Defendant the Brian and Elizabeth Cereghino Living Trust Dated August 30, 2002

Brian Cereghino
Trustee
The Brian and Elizabeth Cereghino Living Trust Dated August 30, 2002
24 Blue Haven Ct., Danville, CA 94506-6239

Sallie Kim, Esq.
Partner
GCA Law Partners, LLP
2570 W. El Camino Real, Suite 510
Mountain View, California 94040
Attorney for Defendant the Brian and Elizabeth Cereghino Living Trust Dated August 30, 2002

I declare under penalty of perjury and the laws of the United States of America that the above is true and correct.

Executed on May 14, 2014, at Torrance, California.

Michelle Patino-Patroni